# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENT LANDRY** | * | **CIVIL ACTION NO.:** |
| | * | |
| | * | **DIVISION:** |
| | * | |
| **VERSUS** | * | **MAGISTRATE:** |
| | * | |
| **THE RITZ-CARLTON HOTEL** | * | |
| **COMPANY, LLC** | * | |
| **d.b.a THE NEW ORLEANS** | * | |
| **RITZ-CARLTON** | | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF REMOVAL</u>

**TO:**  The Honorable Judges of the
United States District Court
for the Eastern District of Louisiana

Anthony J Fontana,Jr.
Anthony J Fontana, Jr., Law Offices
210 N Washington St.
Abbeville, Louisiana 70510

The Ritz-Carlton Hotel Company, LLC, Defendant herein, respectfully submit this

Notice of Removal in the above-captioned matter for the following reasons:

1.

Defendants were served through its agent for service of process with the attached Petition in the action commenced in the 41st Judicial District Court for the Parish of Orleans, State of Louisiana, entitled "*Kent J. Landry v. The Ritz-Carlton Hotel Company, LLC, d/b/a The New Orleans Ritz-Carlton*," bearing docket number 11-8701, Division N, Section "8" *See* Exhibit A - Copy of the Petition for Damages.

2.

Plaintiff, Kent Landry, is alleged to be a person of the full age of majority, domiciled in Vermillion Parish, Louisiana.

3.

Defendant, The Ritz-Carlton Hotel, LLC, is a foreign corporation authorized to do business in the State of Louisiana, but is domiciled in the State of Delaware.

4.

Plaintiff has pled that he has suffered damages that, if true, which Defendant specifically deny, place an amount in controversy which exceeds the sum of $75,000.00, exclusive of interest and costs.

5.

The above-captioned action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1332, in that complete diversity exists between the plaintiff and defendant, and the amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

**WHEREFORE,** Defendant respectfully requests that the above action currently pending in Civil District Court for the Parish Orleans, State of Louisiana, be removed therefrom to this Honorable Court.

Respectfully submitted:
**OSTENDORF, TATE, BARNETT, & TAGTMEYER, L.L.P.**

*/s/ Alejandro J. Rodriguez*
LANCE S. OSTENDORF, LA BAR # 10271
WINDI BROWN, LA BAR #25991
ALEJANDRO J. RODRIGUEZ, LA BAR #30947
650 Poydras Street, Suite 1460
New Orleans, LA 70130
Telephone: (504) 527-0700
Facsimile: (504) 527-5111
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th  day of October, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/EF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in the Court's CM/ECF program and otherwise consented to receive notice and service via CM/EFC.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECT participants.

/s/ Alejandro J. Rodriguez
ALEJANDRO J. RODRIGUEZ