

CORPORATION SERVICE COMPANY

# Notice of Service of Process

null / ALL
Transmittal Number: 9113594
Date Processed: 09/16/2011

| | |
|---|---|
| Primary Contact: | Theresa Coetzee<br>Marriott International, Inc.<br>10400 Fernwood Road<br>Bethesda, MD 20817 |
| Copy of transmittal only provided to: | Gerri Crabill<br>Kimberly Shur<br>Ms. Jacqueline Carter<br>Maryn Miller<br>Alana Stanley<br>Randi Neches<br>Reine Blackwell-Moore<br>Margaret Dakan |
| Entity: | The Ritz-Carlton Hotel Company, L.L.C.<br>Entity ID Number 1635984 |
| Entity Served: | The Ritz-Carlton Hotel Company, LLC DBA The New Orleans Ritz-Carlton |
| Title of Action: | Kent J. Landry vs. The Ritz-Carlton Hotel Company, LLC d/b/a The New Orleans Ritz-Carlton |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | Orleans Parish Civil District Court, Louisiana |
| Case/Reference No: | 2011-08701 N8 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 09/16/2011 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Anthony J. Fontana, Jr.<br>Not Shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

EXHIBIT
A

KENT J. LANDRY      41ST JUDICIAL DISTRICT COURT

VERSUS      NUMBER: **FILED** 701

THE RITZ-CARLTON HOTEL COMPANY, LLC d/b/a THE NEW ORLEANS RITZ-CARLTON      AUG 15 2011    SECTION 8

ORLEANS PARISH, LOUISIANA

CIVIL DISTRICT COURT

## PETITION FOR DAMAGES

**JURY**

The petition of **KENT J. LANDRY**, a person of the full age of majority and a domiciliary of the Vermilion Parish, Louisiana, with respect states that:

1.

Made a defendant to this lawsuit is **THE RITZ-CARLTON HOTEL COMPANY, LLC d/b/a THE NEW ORLEANS RITZ-CARLTON**, which defendant is domiciled in the State of Delaware but owns and operates the Ritz-Carlton Hotel in New Orleans, Louisiana; making said defendant liable to petitioners for the full amount of their damages together with legal interest from the date of judicial demand until paid and for all costs of these proceedings for the following reasons:

2.

On August 18, 2010, petitioner, **KENT J. LANDRY**, while employed by Viator & Associates, Inc., was sent to defendant's hotel in New Orleans, Louisiana, The Ritz Carlton to setup tables, chairs, utensils and everything needed to cater a wedding that was going to be held there on August 21, 2010.

3.

While working on the second floor of the hotel in the room setup for the wedding functions suddenly and without warning the ceiling collapsed falling onto the second floor narrowly missing petitioner, but falling on his co-worker, John Boothe.

4.

After escaping physical injury or death, petitioner returned to the room to give assistance to his co-worker, John Boothe.

5.

The accident was caused solely by the negligence of defendant, **THE RITZ-CARLTON HOTEL COMPANY, LLC d/b/a THE NEW ORLEANS RITZ-CARLTON** and was not contributed to by any act or inaction on the part of petitioner's, which negligence includes:

     a.     Maintaining a defectively constructed building.

     b.     Failing to properly inspect the building.

     c.     Failing to warn petitioner that the building was defective and dangerous to his health and welfare.

     d.     Failing to do what it should have done and seen what it should have seen under the circumstances.

  

6.

As a result of the accident complained of above, petitioner has suffered the following damages:

    a.    Mental anguish.

    b.    Fear of death.

    c.    Aggravation of pre-existing conditions.

    d.    Anxiety

    e.    Medical expenses past, present and future.

    f.    Lost wages.

7.

Petitioners request and are entitled to have this matter tried by a jury upon all issues involved herein.

WHEREFORE, petitioners pray that the defendant be served with a copy of this petition and duly cited to appear and answer same and that after the lapse of legal delays and due proceedings had, there be judgment herein in favor of petitioners, **KENT J. LANDRY**, and against the defendant, **THE RITZ-CARLTON HOTEL COMPANY, LLC d/b/a THE NEW ORLEANS RITZ-CARLTON**, for the full amount of their damages, together with legal interest from the date of judicial demand until paid and for all costs of these proceedings.

Petitioners further pray for a trial by jury on all issues involved herein.

                                      ANTHONY J. FONTANA, JR.
                                      (A PROFESSIONAL LAW CORPORATION)

                                      _/s/ Anthony J. Fontana, Jr._
                                      ANTHONY J. FONTANA, JR.
                                      BAR ROLL NUMBER 5643
                                      ATTORNEY FOR PETITIONER